# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    **Franchesca T. Yancey**                                    Case No.    **17-12706**

                                        Debtor(s)                    Chapter    **13**

## FIRST AMENDED CHAPTER 13 PLAN

1. <u>Payments to the Trustee</u>: The future  income of the Debtor is submitted to the supervision and control of the trustee. The Debtor shall pay to the trustee the sum of  **$705.00** per month for **6** months, then **$886.89** per month for **54** months.

   Total of plan payments: **$52,122.06**

2. <u>Plan Length</u>: This plan is estimated to be for **60** months.

3. Allowed claims against the Debtor shall be paid in accordance with the provisions of the Bankruptcy Code and this Plan.

   a.    Secured creditors shall retain their mortgage lien or security interest in collateral.

   b.    All priority creditors under 11 U.S.C. § 507 shall be paid in full in deferred cash payments.

4. From the payments received under the plan, the trustee shall make disbursements as follows:

   a.    Administrative Expenses
   (1) Trustee's Fee:    **10.00**%
   (2) Attorney's Fee (unpaid portion):    **$1,000.00 to be paid through plan.**
   (3) Filing Fee (unpaid portion):    **NONE**

   b.    Priority Claims under 11 U.S.C. § 507

   (1) Domestic Support Obligations - None

   (2) Other Priority Claims. - None

   c.    Secured Claims

   (1) Secured Debts Which Will Not Extend Beyond the Length of the Plan

   (a) Secured Claims Subject to Valuation Under § 506.  As a result of the Motion toValue Secured Claim of Bayview Loan Servicing, LLC, the Debtor and Creditor Bayview Loan Servicing have agreed to a value on 223 Weymouth Road, Darby of $38,500.00 and payment of 5.25% interest thereon.  The Creditor shall file an amended claim in these terms. This claim shall be paid through the plan by the trustee until the the claim has been paid in full.

| Name | Proposed Amount of Allowed Secured Claim | Interest Rate (If specified) |
|---|---|---|
| **Bayview Loan Svg.  - claim #3 amended** | 38,500.00 | 5.25% |

   Bayview Loan Servicing, LLC (claim #3 amended) shall be paid its full claim of $38,500.00 plus claim interest rate of 5.25% $5,357.53, for a total payment of $43,857.53.

   The debtor shall pay all real estate taxes that become due beginning January 1, 2017 directly to the tax collector; the payment shall be paid on or before the face date expiration period for each tax. The debtor shall provide the paid receipt to the mortgagee at the following address: Bayview Loan Servicing, LLC, 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146.

   The debtor shall keep the property insured and name the mortgagee as an additional insured. She shall pay the annual insurance premium at the beginning of the policy period. The debtor shall provide the paid receipt and declaration page to the mortgagee at the following address:  Bayview Loan Servicing, LLC, 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146.

Upon completion of plan payments the mortgagee, Bayview Loan Servicing, LLC shall satisfy its mortgage dated July 5, 2006 and recorded July 12, 2006 at Delaware County book 03850, page 1099 etc in the amount of $82,348.00. It shall mark debtor's

July 5, 2006 note as "Paid in Full" and return it to the debtor.

    d.    Unsecured Claims - the nonpriority unsecured claim of LVNV Funding LLC (claim #2) $2,045.14 shall be paid in full.  Upon receipt of full payment, LVNV shall satisfy its judgment found at Delaware County Court of Common Pleas #2011-05348.

    5.    The Debtor shall make regular payments directly to the following creditor:

| Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) |
|------|-----------------|-----------------|------------------------------|
| **Ally (claim #1)** | **9,628.23** | **279.96** | **13.25%** |

6.    The following executory contracts of the debtor are rejected:

| Other Party | Description of Contract or Lease |
|-------------|----------------------------------|
| **-NONE-** | |

7.    Property to Be Surrendered to Secured Creditor

| Name | Amount of Claim | Description of Property |
|------|-----------------|------------------------|
| **-NONE-** | | |

8.    The following liens shall be avoided pursuant to 11 U.S.C. § 522(f), or other applicable sections of the Bankruptcy Code:

| Name | Amount of Claim | Description of Property |
|------|-----------------|------------------------|
| **Target National Bank** | **$11,494.10** | **223 Weymouth Road, Darby, PA** |

9.    Title to the Debtor's property shall revest in debtor **on completion of a plan.**

Date   **November 3, 2017**          Signature   /s/Franchesca T. Yancey

                                                        **Franchesca T. Yancey**

                                                        Debtor